1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Casey Corbin, Toby Harris, Alan Reeser, ) | No. CV-10-1313-PHX-LOA |
| ) | |
| Plaintiffs, ) | **BRIEFING ORDER** |
| ) | |
| vs. ) | |
| ) | |
| GoDaddy.com, Inc., an Arizona ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On June 28, 2010, Defendant filed a Motion to Dismiss Counts One and Two of Plaintiffs' Complaint, docket # 7, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure.

It is Plaintiffs' obligation to timely respond to all motions. The failure of Plaintiffs to respond to Defendant's Motion to Dismiss may in the discretion of the court be deemed a consent to the granting of that motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice pursuant to Rule 7.2(i), LRCiv., Rules of Practice of the United States District Court for the District of Arizona. *See, Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994).

**IT IS THEREFORE ORDERED:**

1. That Plaintiffs shall have until **August 2, 2010** within which to respond to Defendant's Motion to Dismiss.

2. **IT IS FURTHER ORDERED** that Defendant may file a reply within 15 days after service of Plaintiffs' response.

3. That the motion shall be deemed to be ready for decision without oral argument on the day following the date set for filing the reply unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that all counsel and any unrepresented party shall "use proper capitalization," i.e., use proper upper and lower case type to denote the correct spelling of the party names, in all future captions as mandated by LRCiv 7.1(a)(3).

DATED this 29th day of June, 2010.

Lawrence O. Anderson
United States Magistrate Judge