**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Casey Corbin, et al., ) | No. CV-10-1313-PHX-SMM |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GoDaddy.com, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the parties' Stipulation of Dismissal of Counts 1 and 2 of Plaintiffs' Second Amended Complaint. (Doc. 108.) Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation of Dismissal. (Doc. 108.) Counts I and II of Plaintiffs' Second Amended Complaint (Doc. 35) are hereby dismissed with prejudice, each party to bear its own costs and fees.

**IT IS FURTHER ORDERED** pursuant to this Stipulation of Dismissal, Plaintiffs Casey Corbin, Christopher Flournoy, Benny Henriksen and Alan Reeser no longer have any further claims in this action and are therefore stricken from the caption of this case.

DATED this 21st day of December, 2012.

Stephen M. McNamee
Senior United States District Judge