# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Toby Harris, | No. CV-10-1313-PHX-SMM |
| Plaintiff, |  |
| vs. | **JUDGMENT** |
| GoDaddy.com, Inc., |  |
| Defendant. |  |

\_\_\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's June 11, 2013 Order (Doc. 138), judgment is entered dismissing Plaintiff's wrongful termination claim under 29 U.S.C. 215(a)(3), and remanding the matter to the Maricopa County Superior Court.

DATED this 29th day of July, 2013.

_____
Stephen M. McNamee
Senior United States District Judge